## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARDY PRICE, III, PAUL C. PRICE, JOSHUA PRICE and HERSCHEL STAMPS | * CIVIL ACTION NO.: |
| VERSUS | * JUDGE |
| | * MAGISTRATE JUDGE |
| GREYHOUND LINES, INC., d/b/a GREYHOUND BUS SERVICES and TENNEISHIA MORRISON | * JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. § 1446, that on the 2nd day of July, 2014, a Notice of Removal in the above-entitled cause was forwarded to the United States District Court for the Eastern District of Louisiana for filing. A copy of said Notice of Removal is attached hereto. In addition, a copy of the Notice of Removal has been served upon Plaintiffs through their attorneys of record, Edward J. Womac, Jr. and Brian J. Branch, Edward J. Womac, Jr. & Associates, LLC, 3501 Canal Street, New

Orleans, Louisiana 70119.

        Respectfully submitted,

        TAYLOR, WELLONS, POLITZ & DUHE, APLC

        *s/Gina Talluto Cursain*

        _____
        PAUL J. POLITZ (T.A.) (#19741)
        GINA CURSAIN (#23326)
        ANGELA J. O'BRIEN (#34010)
        1515 Poydras St., Suite 1900
        New Orleans, LA 70112
        Telephone:  (504) 525-9888
        Facsimile:  (504) 525-9899
        COUNSEL FOR GREYHOUND LINES, INC.
        d/b/a GREYHOUND BUS SERVICES

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Filing Notice of Removal* has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record in this matter via the electronic filing system.  I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 2nd day of July, 2014.

        *s/Gina Talluto Cursain*
        _____
        TAYLOR, WELLONS, POLITZ & DUHE, APLC