UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HARDY PRICE, III ET AL.**                          **CIVIL ACTION**

**VERSUS**                                       **No. 14-1539**

**GREYHOUND LINES INC. ET AL.**                       **SECTION I**

### ORDER

The Court has been advised that the parties have reached a settlement of the above-captioned matter. Accordingly,

**IT IS ORDERED** that all claims in the above-captioned matter are hereby **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, within a reasonable time, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, March 26, 2015.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**