UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARDY PRICE, III, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 14-1539 |
| | * | |
| GREYHOUND LINES, INC. ET AL | * | SECTION I |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Hardy Price, III, Paul C. Price, Joshua Price and Herschel Stamps, and Defendants, Greyhound Lines, Inc. d/b/a Greyhound Bus Services and Tenneishia Morrison, who advise this Honorable Court that Plaintiffs have resolved all claims against Defendants and desire that this Honorable Court dismiss, with prejudice, all claims which were or could have been asserted against Defendants, Greyhound Lines, Inc. d/b/a Greyhound Bus Services and Tenneishia Morrison.

Respectfully submitted,

/s/ Brian J. Branch
_____
EDWARD J. WOMAC, JR (#02195)
BRIAN J. BRANCH (#30411)
Law Office of Edward J. Womac, Jr.
3501 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9999
Facsimile: (504) 488-4178
Counsel for Plaintiffs,
Hardy Price, III, Paul C. Price,
Joshua Price and Herschel Stamps

/s/ Gina Talluto Cursain
_____
PAUL J. POLITZ (#19741)
GINA TALLUTO CURSAIN (#23326)
Taylor, Wellons, Politz & Duhe, APLC
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
Counsel for Defendants,
Greyhound Lines, Inc. D/B/A
Greyhound Bus Services and
Tenneishia Morrison

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing *Joint Motion to Dismiss with Prejudice* has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record in this matter via the electronic filing system. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this **21st** day of **May**, **2015**.

              */s/ Gina Talluto Cursain*
              _____
              TAYLOR, WELLONS, POLITZ & DUHE, APLC